# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| KIMBERLY STRACKE, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1:24-CV-79 (WLS) |
| PEYTON MATTHEWS, | : | |
| Defendant. | : | |

## **ORDER**

Before the Court is a Joint Notice of Settlement as to Defendant Peyton Matthews (Doc. 25) ("Notice of Settlement"), filed on August 22, 2025. Therein, Plaintiff notifies the Court that a settlement has been reached between himself and Defendant Peyton Matthews. Plaintiff further states that his claims against Peyton Matthews will be dismissed within sixty days upon the completion of the appropriate settlement arrangements.

For good cause, Plaintiff's Notice of Settlement (Doc. 25) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a stipulation of dismissal of all claims against Defendant Peyton Matthews by no later than **Friday, October 24, 2025**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 26th day of August 2025.

                                            /s/ W. Louis Sands
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**